IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bogan, Crystal L

Printed: 01/22/09

Case Number: 08 B 04385
Judge: Goldgar, A. Benjamin
Filed: 2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 9, 2008
Confirmed: June 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,872.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,750.32 |
| Trustee Fee: |  | 121.68 |
| Other Funds: |  | 0.00 |
| Totals: | 1,872.00 | 1,872.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 1,750.32 |
| 2. | Peak 5 | Secured | 0.00 | 0.00 |
| 3. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Unsecured | 18,827.44 | 0.00 |
| 6. | American Family Insurance | Unsecured | 348.42 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 84.99 | 0.00 |
| 8. | First Investors Financial Service | Unsecured | 1,216.73 | 0.00 |
| 9. | NDC Check Services | Unsecured | 83.24 | 0.00 |
| 10. | Sallie Mae | Unsecured |  | No Claim Filed |
| 11. | Sallie Mae | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
| 13. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 14. | Olive Harvey College | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Sprint | Unsecured |  | No Claim Filed |
| 18. | Robert Morris College | Unsecured |  | No Claim Filed |
| 19. | Global Payments | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,570.02 | $ 1,750.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 121.68 |
|  | $ 121.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bogan, Crystal L | Case Number:  08 B 04385 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed:  2/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

